Henry L. Sanchez (SBN 176878)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5408
Telephone:   (213) 689-0404
Facsimile:   (213) 689-0430
Email: henry.sanchez@jacksonlewis.com

Benjamin A. Hunter (SBN 344098)
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone:   (916) 288-3004
Facsimile:   (916) 341-0404
Email: benjamin.hunter@jacksonlewis.com

Attorneys for Defendant
T-MOBILE USA, INC.

Manny Starr (SBN 319778)
Mike Rachmann (SBN 309770)
FRONTIER LAW CENTER
23901 Calabasas Road, Suite 1084
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433
Email:  manny@frontierlawcenter.com
mike@frontierlawcenter.com

Attorneys for Plaintiff
DARRIN MEINTSER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN MEINTSER, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>T-MOBILE USA, INC. a Washington Corporation doing business in California, and DOES 1-100, inclusive,<br><br>            Defendant. | CASE NO. 2:23-cv-02562-TLN-CKD<br><br>**JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

/ / /

1

JOINT STIPULATION AND ORDER TO AMEND
SCHEDULING ORDER

CASE NO. 2:23-CV-02562-TLN-CKD
MEINTSER V. T-MOBILE USA, INC.

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rules 143 and 144(d), and for good cause shown, Plaintiff DARRIN MEINTSER ("Plaintiff") and Defendant T-MOBILE USA, INC. ("Defendant"), by and through their respective attorneys of record, stipulate and agree as follows:

1. This case was filed on September 20, 2023 in Sacramento Superior Court (Case No. 23CV008825).

2. Defendant removed the case on November 6, 2023 (Docket No. 1).

3. The parties have actively litigated this case.

4. In an effort to conserve judicial resources and those of the parties, the parties have agreed to go to mediation in an attempt to resolve this case.

5. Mediation has been scheduled for November 4, 2025.

6. The deadlines for this case, as laid out in the Scheduling Order, are as follows:

   a. Fact discovery deadline: August 11, 2025.
   b. Disclosure of initial experts and production of reports deadline: October 10, 2025
   c. Supplemental experts and reports deadline: November 10, 2025
   d. Supplemental discovery deadline: January 9, 2026
   e. Dispositive motions deadline: February 9, 2026

7. If the parties are unable to resolve this case at mediation, both parties wish to have time to conduct further discovery.

8. The parties are requesting that the deadlines listed above be continued for one hundred twenty (120) days, or as otherwise provided by the Court, while the parties attempt mediation.

9. The parties will not be prejudiced by a continuance of the current pre-trial deadlines.

**NOW THEREFORE**, the parties, through their respective counsel, jointly propose and stipulate to the following: the deadlines in the Pretrial Scheduling Order previously set forth by the Court shall be revised as follows, or set on such other dates as the Court determines:

2

JOINT STIPULATION AND ORDER TO AMEND
SCHEDULING ORDER

CASE NO. 2:23-CV-02562-TLN-CKD
MEINTSER V. T-MOBILE USA, INC.

| Event | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Deadline | August 11, 2025 | December 9, 2025 |
| Disclosure of initial experts and production of reports | October 10, 2025 | February 9, 2026 |
| Supplemental experts and reports | November 10, 2025 | March 10, 2026 |
| Supplemental discovery | January 9, 2026 | May 11, 2026 |
| Dispositive Motion Filing Deadline | February 9, 2026 | June 9, 2026 |

Dated:   September 5, 2025             **JACKSON LEWIS P.C.**


  /s/Benjamin H. Hunter
 Henry L. Sanchez
 Benjamin H. Hunter

 Attorneys for Defendant
 T-MOBILE USA, INC.


Dated:   September 5, 2025             **FRONTIER LAW CENTER**


          /s/Manny Starr
 Manny Starr
 Mike Rachmann

 Attorneys for Plaintiff

 DARRIN MEINTSER

3

JOINT STIPULATION AND ORDER TO AMEND          CASE NO. 2:23-CV-02562-TLN-CKD
SCHEDULING ORDER                              MEINTSER V. T-MOBILE USA, INC.

# ORDER

**FOR GOOD CAUSE SHOWN**, and pursuant to the Stipulation of the parties, the deadlines in the Pretrial Scheduling Order (Doc. No. 2) previously set forth by the Court are revised as follows:

1. The fact discovery deadline, presently scheduled to close on August 11, 2025, will now close on December 9, 2025; or as otherwise provided by the Court.

2. The disclosure of initial experts and production of reports deadline, presently scheduled to close on October 10, 2025, will now close on February 9, 2026; or as otherwise provided by the court.

3. The supplemental experts and reports deadline, presently scheduled to close on November 10, 2025, will now close on March 10, 2026; or as otherwise provided by the court.

4. The supplemental discovery deadline, presently scheduled to close on January 9, 2026, will now close on May 11, 2026; or as otherwise provided by the Court.

5. The dispositive motion deadline, presently scheduled for February 9, 2026, will now be on June 9, 2026; or as otherwise provided by the court.

**IT IS SO ORDERED.**

Dated: September 5, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

4

JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER

CASE NO. 2:23-CV-02562-TLN-CKD
MEINTSER V. T-MOBILE USA, INC.